JS-6


FILED
CLERK, U.S. DISTRICT COURT
April 12, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mayra Houston <br><br> PLAINTIFF <br> v. <br> County of Los Angeles, et al. <br><br> DEFENDANT | CASE NUMBER: <br><br> 2:20-cv-04171-SB (KSx) <br><br> **JUDGMENT** |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on  April 6, 2021 as docket number  35  (the "Offer of Judgment"), judgment is hereby entered for

Plaintiff Mayra Houston

and against

Defendants County of Los Angeles, Dion Ingram, Rika Ortiz Garcia

according to the terms set forth in the Offer of Judgment.

Date: April 12, 2021

By: /s/ JPBS
United States District Judge