JS-6



FILED
CLERK, U.S. DISTRICT COURT

April 12, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Mayra Houston | CASE NUMBER: |
|---|---|
| PLAINTIFF | 2:20-cv-04171-SB (KSx) |
| v. | |
| County of Los Angeles, et al. | **AMENDED JUDGMENT** |
| DEFENDANT | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on April 6, 2021 as docket number   35   (the "Offer of Judgment"), judgment is hereby entered for

Plaintiff Mayra Houston

and against

Defendants County of Los Angeles, Dion Ingram, Erika Ortiz Garcia

according to the terms set forth in the Offer of Judgment.

Date: April 12, 2021

By: [signature]
United States District Judge

CV-140 (02/21)                                        JUDGMENT